# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**BRIAN W. EUBANKS**                                                                    **PLAINTIFF**

**V.**                         **CASE NO.: 4:16-CV-13-JM-BD**

**ARKANSAS DEPARTMENT**
**OF HUMAN SERVICES, et al.**                                            **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.**      **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**      **Procedural Background:**

On January 8, 2016, Plaintiff Brian W. Eubanks filed this action pro se against Arkansas Department of Human Services, St. Vincent Infirmary, and other Defendants. Mr. Eubanks titled his complaint a "Petition under the Habeas Corpus Clause of the

Constitution of the United States of America" (docket entry #1), and he paid the $5.00 filing fee required for habeas corpus cases. Mr. Eubanks has since filed several supplements to his complaint. (#2, #4, #13, #17, #18, #19, #25, #27) Judge Moody referred the case to this Court for consideration and determination of all pre-trial matters. (#15)

In an April 1, 2016 order, the Court explained why Mr. Eubanks's complaint is not a habeas corpus petition. Accordingly, the Court ordered Mr. Eubanks to pay the remaining balance of the $400 filing fee required for non-habeas cases or, in the alternative, to file an application to proceed *in forma pauperis* (IFP). The Court allowed Mr. Eubanks 30 days to address the filing fee issue.

The Court also ordered Mr. Eubanks to file an amended complaint setting out the grounds for the Court's jurisdiction and a *short and plain* statement of his claims, including specific factual allegations showing how each defendant violated his rights. See Rule 8(a) of the Federal Rules of Civil Procedure. The Court directed Mr. Eubanks not to send any additional documents or evidence to the Court and cautioned him that failure to comply with the Court's order would likely result in the dismissal of his case, without prejudice, under Local Rule 5.5.

Mr. Eubanks filed an appeal (#21) and a supplemental appeal (#24) with Judge Moody, challenging the April 1, 2016 Order. Judge Moody denied both appeals. (#22, #24)

## III. <u>Discussion</u>:

As of the date of this Recommendation, Mr. Eubanks has neither paid the unpaid balance of the filing fee nor submitted an IFP application. Further, he has failed to file an amended complaint that complies with Rule 8(a) of the Federal Rules of Civil Procedure. Instead of filing an amended complaint as ordered, Mr. Eubanks has filed another 18-page supplement to his current complaint and has included several exhibits. Mr. Eubanks has not complied with the Court's order.

## IV. <u>Conclusion</u>:

The Court recommends that Mr. Eubanks's complaint be DISMISSED, without prejudice, based on his failure to comply with the Court's April 1 Order.

DATED this 16th day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE