IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRIAN W. EUBANKS**  **PLAINTIFF**

**V.**     **CASE NO.: 4:16-CV-13-JM-BD**

**ARKANSAS DEPARTMENT**
**OF HUMAN SERVICES, et al.**  **DEFENDANT**

# ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere (Docket No. 28). Following the entry of the Recommendation, Mr. Eubanks filed another supplement (Docket No. 29). He still has not complied with the April 1, 2016 order of the Court. After careful review of the Recommendation as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Brian W. Eubanks's claims against all Defendants are DISMISSED, without prejudice, based on his failure to comply with the Court's April 1, 2016 Order.

IT IS SO ORDERED, this 6th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE