# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**BRIAN W. EUBANKS**                                                                    **PLAINTIFF**

**V.**                 **CASE NO.: 4:16-CV-13-JM-BD**

**ARKANSAS DEPARTMENT**
**OF HUMAN SERVICES, et al.**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE